# EXHIBIT I

16-1831

The Department of State refers the Embassy of the People's Republic of China to its diplomatic note No. CE100/16, dated June 10, 2016, which provides information about Rilin Company construction workers seeking acceptance of accreditation from the Department.

The Department wishes to inform the Embassy that the Department is unable to accept the accreditation to the Consulate General in New York of the 59 workers for whom notifications of appointment were submitted in March (see enclosure). Except for WANG, Landong the status of these workers will cease in 10 calendar days from the date of this note.

Additionally, after the Department's acceptance of their accreditation for duties at the Chinese Embassy, YU, Bin and YU, Wangui departed the United States on October 7, 2008, and October 29, 2008, respectively, and the privileges and immunities of each employee ceased as of his respective departure date. After the Department's acceptance of his accreditation for duties at the Chinese Embassy, WANG, Lizhi departed the United States on January 8, 2009, and his privileges and immunities ceased as of his departure date.

Additionally, after the Department's initial acceptance of ZHANG, Ming at the Chinese Permanent Mission to the United Nations for purposes of privileges and immunities, ZHANG, Ming departed the United States on December 26, 2011, and his privileges and immunities ceased as of his departure date.

The Department does not consider the four workers named above as properly accredited at this time.

After the Department's acceptance of his accreditation for duties at the Chinese Embassy, WANG, Landong according to the information in Note No. CE100/16, has instead lived in New York and New Jersey, and worked in New York, since June 2007. Consequently, as his functions at the Chinese Embassy ended when he left the Washington, D.C., area in response to the Embassy's Diplomatic Note numbered CE043/16 of March 22, 2016, the Department informs the Embassy that it is unable to accept the accreditation of WANG, Landong and any privileges and immunities to which he may have been entitled will cease at noon November 11, 2016.

Enclosure:

As stated.

Department of State,

Washington, November 9, 2016

## Appendix A

| | |
|---|---|
| Deng, Lixiang | Sun, Kan |
| Deng, Wei | Tang, Dehuai |
| Fang, Yi | Teng, Xueliang |
| Gao, Fuyou | Tian, Liangyong |
| Gao, Xiaofeng | Wang, Aijun |
| Gu, Zuqiang | Wang, Changlin |
| Hu, Dedong | Wang, Landong |
| Ji, Hongtao | Wang, Lizhi |
| Ji, Yan | Wang, Shengwei |
| Kong, Fanwen | Wang, Wenfu |
| Kou, Yanqing | Wang, Xingshi |
| Lan, Xinsheng | Wang, Yuliang |
| Li, Shouyan | Wu, Wenrun |
| Li, Zhili | Wu, Yehan |
| Liang, Fenglin | Xia, Yunpeng |
| Liang, Yongguo | Yu, Bin |
| Liang, Zhizhong | Yu, Wangui |
| Lu, Danchen | Yuan, Tongwu |
| Lu, Shibin | Zhang, Bo |
| Lu, Xiaohui | Zhang, Chunjun |
| Ma, Jun | Zhang, Guohe |
| Ma, Runzhong | Zhang, Guoyou |
| Mou, Zuopeng | Zhang, Ming |
| Ren, Changhe | Zhang, Ruijun |
| Shi, Shouming | Zhang, Shuyan |
| Shi, Shanying | Zhang, Xulong |
| Song, Zhiqiang | Zhao, Jun (DOB April 1, 1973) |
| Sui, Chundong | Zheng, Guoji |
| Sui, Fukuan | Zheng, Weiguo |
| Sun, Deyi | |

16-1831

The Department of State refers the Embassy of the People's Republic of China to its diplomatic note No. CE100/16, dated June 10, 2016, which provides information about Rilin Company construction workers seeking acceptance of accreditation from the Department.

The Department wishes to inform the Embassy that the Department is unable to accept the accreditation to the Consulate General in New York of the 59 workers for whom notifications of appointment were submitted in March (see enclosure). Except for WANG, Landong the status of these workers will cease in 10 calendar days from the date of this note.

Additionally, after the Department's acceptance of their accreditation for duties at the Chinese Embassy, YU, Bin and YU, Wangui departed the United States on October 7, 2008, and October 29, 2008, respectively, and the privileges and immunities of each employee ceased as of his respective departure date. After the Department's acceptance of his accreditation for duties at the Chinese Embassy, WANG, Lizhi departed the United States on January 8, 2009, and his privileges and immunities ceased as of his departure date.

**DIPLOMATIC NOTE**

Additionally, after the Department's initial acceptance of ZHANG, Ming at the Chinese Permanent Mission to the United Nations for purposes of privileges and immunities, ZHANG, Ming departed the United States on December 26, 2011, and his privileges and immunities ceased as of his departure date.

The Department does not consider the four workers named above as properly accredited at this time.

After the Department's acceptance of his accreditation for duties at the Chinese Embassy, WANG, Landong according to the information in Note No. CE100/16, has instead lived in New York and New Jersey, and worked in New York, since June 2007. Consequently, as his functions at the Chinese Embassy ended when he left the Washington, D.C., area in response to the Embassy's Diplomatic Note numbered CE043/16 of March 22, 2016, the Department informs the Embassy that it is unable to accept the accreditation of WANG, Landong and any privileges and immunities to which he may have been entitled will cease at noon November 11, 2016.

Enclosure:

As stated.

Department of State,

Washington, November 9, 2016

## Appendix A

| | |
|---|---|
| Deng, Lixiang | Sun, Kan |
| Deng, Wei | Tang, Dehuai |
| Fang, Yi | Teng, Xueliang |
| Gao, Fuyou | Tian, Liangyong |
| Gao, Xiaofeng | Wang, Aijun |
| Gu, Zuqiang | Wang, Changlin |
| Hu, Dedong | Wang, Landong |
| Ji, Hongtao | Wang, Lizhi |
| Ji, Yan | Wang, Shengwei |
| Kong, Fanwen | Wang, Wenfu |
| Kou, Yanqing | Wang, Xingshi |
| Lan, Xinsheng | Wang, Yuliang |
| Li, Shouyan | Wu, Wenrun |
| Li, Zhili | Wu, Yehan |
| Liang, Fenglin | Xia, Yunpeng |
| Liang, Yongguo | Yu, Bin |
| Liang, Zhizhong | Yu, Wangui |
| Lu, Danchen | Yuan, Tongwu |
| Lu, Shibin | Zhang, Bo |
| Lu, Xiaohui | Zhang, Chunjun |
| Ma, Jun | Zhang, Guohe |
| Ma, Runzhong | Zhang, Guoyou |
| Mou, Zuopeng | Zhang, Ming |
| Ren, Changhe | Zhang, Ruijun |
| Shi, Shouming | Zhang, Shuyan |
| Shi, Shanying | Zhang, Xulong |
| Song, Zhiqiang | Zhao, Jun (DOB April 1, 1973) |
| Sui, Chundong | Zheng, Guoji |
| Sui, Fukuan | Zheng, Weiguo |
| Sun, Deyi | |