UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -

DAN ZHONG,

         Defendant.

– – – – – – – – – – – – –X

PROTECTIVE ORDER

16-CR-614

Docket No. ~~16-614~~ (DLI)   *dli 3/16/17*

      The government's request, by <u>ex parte</u> letter dated March 6, 2017, filed under seal, to delay certain discovery, withhold certain discovery, and to provide certain redacted discovery material, pursuant to Federal Rule of Criminal Procedure Rule 16(d)(1), is granted.

Dated:    Brooklyn, New York
        March _16_, 2017

                             S/ Dora L. Irizarry
                       ————————————————
                       HONORABLE DORA L. IRIZARRY
                       CHIEF UNITED STATES DISTRICT JUDGE
                       EASTERN DISTRICT OF NEW YORK