

U.S. Department of Justice

United States Attorney
Eastern District of New York

ELM
F#2015R01787

271 Cadman Plaza East
Brooklyn, New York 11201

July 12, 2017

<u>By Federal Express and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

        Re:    United State v. Dan Zhong and Landong Wang
                  Criminal Docket No. 16-614 (DLI)

Dear Counsel:

        Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government's filter team hereby furnishes discovery with respect to the above-captioned matter. This disclosure supplements the filter team's earlier disclosures under cover of letter dated May 24, 2017.

        Enclosed are copies of additional emails sent or received by the email account associated with the address "zhongdan515@msn.com," beyond those previously produced, which bear Bates numbers DZFILTER0000001-DZFILTER00004977. Please note that these materials may contain privileged attorney-client communications. The prosecution team has not reviewed these materials, and the filter team's review of these materials is ongoing. This production by the government's filter team has not been deduplicated against any prior document productions.

If you have any questions, please do not hesitate to contact me.

                        Very truly yours,

                        BRIDGET M. ROHDE
                        Acting United States Attorney

By:   /s/ Elizabeth L. Macchiaverna
       Elizabeth L. Macchiaverna
       Assistant U.S. Attorney
       (718) 254-6351

cc:     Clerk of the Court (DLI) (by ECF)