

U.S. Department of Justice

United States Attorney
Eastern District of New York

ELM  
F. #2015F01787

271 Cadman Plaza East  
Brooklyn, New York 11201

August 8, 2017

By FedEx and ECF

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

    Re: United States v. Dan Zhong and Landong Wang
       Criminal Docket No. 16-614 (DLI)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government's filter team hereby furnishes discovery with respect to the above-captioned matter. This disclosure supplements the filter team's earlier disclosures under cover of letters dated May 24, 2017 and July 12, 2017.

    Enclosed are copies of additional emails sent to or received by the email account associated with the address "zhongdan515@msn.com" (the "Zhong Email Account"), beyond those previously produced, which bear Bates numbers DZFILTER00004978-DZFILTER00012222. This production includes the remaining emails in the filter team's possession that the filter team was able to identify as sent to or received by the Zhong Email Account. Please note that these materials may contain privileged attorney-client communications. The prosecution team has not reviewed these materials. This production by the government's filter team has not been deduplicated against any prior document productions.

If you have any questions, please do not hesitate to contact me.

    Very truly yours,

    BRIDGET M. ROHDE
    Acting United States Attorney

By:   /s/ Elizabeth L. Macchiaverna
       Elizabeth L. Macchiaverna
       Assistant U.S. Attorney
       (718) 254-6351

cc:    Clerk of the Court (DLI) (by ECF)