

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ELM
F. #2015F01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2017

By FedEx and ECF

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

> Re:   United States v. Dan Zhong and Landong Wang
>           Criminal Docket No. 16-614 (DLI)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government's filter team hereby furnishes discovery with respect to the above-captioned matter. This disclosure supplements the filter team's earlier disclosures under cover of letters dated May 24, 2017, July 12, 2017 and August 8, 2017.

Enclosed are copies of additional emails sent to or received by the email account associated with the address "zhongdan515@msn.com" (the "Zhong Email Account"), beyond those previously produced, which bear Bates numbers DZFILTER00012223-DZFILTER00014376. Please note that these materials may contain privileged attorney-client communications. The prosecution team has not reviewed these materials. This production by the government's filter team has not been deduplicated against any prior document productions.

If you have any questions, please do not hesitate to contact me.

> Very truly yours,
>
> BRIDGET M. ROHDE
> Acting United States Attorney
>
> By:     /s/ Elizabeth L. Macchiaverna
> Elizabeth L. Macchiaverna
> Assistant U.S. Attorney
> (718) 254-6351

cc:     Clerk of the Court (DLI) (by ECF)

2