

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ELM
F. #2015F01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 23, 2018

By E-mail and ECF

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Brittany Benavidez, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

        Re:    United States v. Dan Zhong
                Criminal Docket No. 16-614 (DLI)

Dear Counsel:

        The government's filter team hereby furnishes an initial privilege log identifying the English-language documents seized pursuant to search warrants executed at email service providers that were withheld as privileged from the prosecution team. The enclosed log does not reflect any documents previously produced by the filter team to the defendant. The filter team reserves the right to supplement the privilege log as appropriate.

        If you have any questions, please do not hesitate to contact me.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Elizabeth L. Macchiaverna
       Elizabeth L. Macchiaverna
       Assistant U.S. Attorney
       (718) 254-6351

cc:    Clerk of the Court (DLI) (by ECF)