

U.S. Department of Justice

United States Attorney
Eastern District of New York

AAS/DMP
F. #2015R01787

271 Cadman Plaza East
Brooklyn, New York 11201

June 20, 2018

By Hand and ECF

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Dan Zhong
                Criminal Docket No. 16-614 (DLI)

Dear Chief Judge Irizarry:

        The government respectfully submits this letter to provide the Court with the citation to the Second Circuit opinion discussed during the motions argument this morning: In re Grand Jury Subpoenas Returnable December 16, 2015, 871 F.3d 141 (2d Cir. 2017). For the Court's convenience, the government encloses a copy of the Second Circuit opinion.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:    /s/ Alexander A. Solomon
       Alexander A. Solomon
       Douglas M. Pravda
       Ian C. Richardson
       Nicholas J. Moscow
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of Court (DLI) (by ECF, without enclosures)
        Defense counsel (by email, with enclosures)