

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/DMP/NJM
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 1, 2018

<u>By Hand and ECF</u>

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Dan Zhong
      <u>Criminal Docket No. 16-614 (DLI)</u>

Dear Chief Judge Irizarry:

  The government respectfully submits this letter to request an additional four weeks to provide certified translations of Chinese-language documents for potential use at trial. Pursuant to the Court's directives at the June 20, 2018 status conference, the current due date for the government to provide certified translations is August 3, 2018. Because of a technical error made by the government's contracted translation vendor, the government learned, for the first time today, that the translations that the vendor expects to complete by the Court-ordered deadline account for only a fraction of the translations that were provided to the vendor.

  The reason for the delay is as follows. After the June 20, 2018 status conference, the government arranged for a private contractor to execute certified translations of documents not already completed by linguists with the Federal Bureau of Investigation ("FBI"). Subsequently, the government uploaded more than 700 documents for translation through a file sharing program. Late this afternoon, the translation service advised that, when it had downloaded files from the program, it downloaded only a fraction of the uploaded documents. Upon a subsequent attempt made today, the translation service was apparently able to download the remaining files.

  On August 3, 2018, the government will provide the defense with all completed certified translations by FBI linguists and the translation service, which the government expects will include approximately 100 documents (some of which contain hundreds of SMS or other messages). Based on communications with the translation service, the government understands that the translation project will be completed within four weeks.

Of course, the government will provide certified translations to the defense on a rolling basis as they are received from either the contracting service or FBI linguists.

The government has consulted with defense counsel and understands that defense counsel will inform the government tomorrow of whether they consent; the government will then advise the Court accordingly. The defense's deadline to notify the Court of any disagreements regarding the translations was previously set for September 12, 2018; the government would consent to an adjournment of that deadline until a date requested by defense counsel, to account for any additional delay imposed by the requested extension while still permitting a hearing, if necessary, within the one or two months prior to trial.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Alexander A. Solomon
        Alexander A. Solomon
        Douglas M. Pravda
        Ian C. Richardson
        Nicholas J. Moscow
        Assistant U.S. Attorneys
        (718) 254-7000

cc:   Robert J. Cleary, Esq. (by ECF)
      Dietrich L. Snell, Esq. (by ECF)
      Brittany Benavidez, Esq. (by ECF)
      Samantha Springer, Esq. (by ECF)