

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

AAS/DMP:NJM
F. #2015R01787

*271 Cadman Plaza East
Brooklyn, New York 11201*

September 7, 2018

<u>By Email and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Samantha Springer, Esq.
Brittany N. Benavidez, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

   Re: <u>United States v. Dan Zhong and Landong Wang
      Criminal Docket No. 16-614 (DLI)</u>

Dear Counsel:

   Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter. This discovery consists of materials governed by the Court's March 21, 2017 Protective Order (the "March Protective Order").

   Enclosed is an encrypted CD containing materials related to the victims of the defendant, bearing Bates numbers DZ067156-DZ067412. Consistent with the Court's September 5, 2018 Order, the enclosed disc contains certain materials designated "ATTORNEYS' EYES ONLY." (DZ067156-DZ067285). These materials are governed by paragraph 4 of the government's proposed protective order, ECF No. 115-2.

   The enclosed CD also contains materials designated REDACTED VICTIM MATERIALS. (DZ067286-DZ067412). Consistent with the Court's September 5, 2018 Order, these materials are "for Defendant to review ONLY in the presence of defense counsel," and are not intended for dissemination to the defendant.

If you have any questions or requests regarding further discovery, please do not hesitate to contact me.

                    Very truly yours,

                    RICHARD P. DONOGHUE
                    United States Attorney

By:    /s/ Nicholas J. Moscow
        Alexander A. Solomon
        Douglas M. Pravda
        Ian C. Richardson
        Nicholas J. Moscow
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures    (DZ067156-DZ067412)

cc:    Clerk of the Court (DLI) (by ECF) (without enclosures)