

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

DMP
F. #2015R01787

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 1, 2018

By FedEx and ECF

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Brittany N. Benavidez, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

      Re:    United States v. Dan Zhong and Landong Wang
                Criminal Docket No. 16-614 (DLI)

Dear Counsel:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and in response to your request dated June 28, 2018, the government hereby furnishes Person Encounter Lists for the 53 China Rilin workers identified in Exhibit A to the government's June 19, 2018 letter, which are Bates numbered DZ067413-DZ067470. These materials have been designated "Sensitive Discovery Material" under the terms of the Protective Order dated February 22, 2017 (Dkt. No. 37).

      The government renews its request for reciprocal discovery from the defendant.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/ Douglas M. Pravda
      Alexander A. Solomon
      Douglas M. Pravda
      Ian C. Richardson
      Nicholas J. Moscow
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosures    (DZ067413-DZ067470)

cc:    Clerk of the Court (DLI) (by ECF) (without enclosures)