

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS/ICR
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*


October 15, 2018


<u>By ECF and Hand Delivery</u>

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Dan Zhong
>         <u>Criminal Docket No. 16-614 (DLI)</u>

Dear Chief Judge Irizarry:

The government respectfully writes to apprise the Court of the following. Rilin counsel has informed the government that none of the Witnesses, the Employees, or the Newark Workers referenced in the government's opposition brief dated October 9, 2018 are willing to travel to the United States to testify at trial, even when offered safe passage by the government.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:    /s/ Alexander A. Solomon
        Alexander A. Solomon
        Douglas M. Pravda
        Ian C. Richardson
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Defense counsel (by ECF)