

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AAS:HAB
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 16, 2018

By Email and ECF
Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Re:  United States v. Dan Zhong and Landong Wang
     Criminal Docket No. 16-614 (DLI)

Dear Counsel:

As discussed at the status conference on October 3, 2018, the government is providing, on a rolling basis, relevant returns from recently executed email search warrants. Enclosed is a disc Bates-stamped DZ067471 containing certain relevant returns. Also enclosed is a disc containing English translations, Bates-stamped TR002258-TR002586, of certain Chinese-language materials contained in the disc Bates-stamped DZ067471. A chart is also attached for counsel's reference in identifying the source document of each included translation. All of these materials have been designated "Sensitive Discovery Material" under the terms of the Protective Order dated February 22, 2017 (Dkt. No. 37).

The government renews its request for reciprocal discovery from the defendant.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/ Alexander A. Solomon
     Alexander A. Solomon
     Douglas M. Pravda
     Ian C. Richardson
     Nicholas J. Moscow
     Assistant U.S. Attorneys
     (718) 254-7000

Enclosures     (67471) (TR002258-TR002586)

cc:    Clerk of the Court (DLI) (by ECF) (without enclosures)