```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                - against -                                  :
                                                             :
DAN ZHONG,                                                   :
                                                             :
                                    Defendant.               :
                                                             :
------------------------------------------------------------ X
```

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 11 2018 ★

BROOKLYN OFFICE

**ORDER**

16-cr-614 (AMD)

**ANN M. DONNELLY,** District Judge.

On December 11, 2018, the parties met for a status conference, at which I made the following rulings:

1. I denied the defendant's motion to compel discovery (ECF No. 161) with respect to the second and third categories of documents the defendant requested – "identification of the sources of electronically stored information produced by the government pursuant to Rule 16" and "communications between the Department of State ("DOS") and the Department of Justice ("DOJ") concerning the investigation underlying the Indictment," except for any *Brady* material, which must be produced. Regarding the first category of documents – "unredacted versions of documents relating to the forced labor charges" – the Government agreed that it would provide the names of all law enforcement officers to the defendant on a schedule to be worked out by the parties. The defendant's request for the last group of documents – the additional visa applications for the 53 alleged victims – is moot because the Government represented it has no further documents to produce.

2. The Government will respond to the defendant's motion to dismiss the indictment (ECF No. 172) by December 14, 2018. The defendant will file its reply, if any, by December 21, 2018.

3. The parties will work together to reach a resolution regarding the defendant's Rule 15 motion (ECF No. 147) and update the Court on the status of their discussions by December 21, 2018.

4. The Court will let the Government know if it requires a response to the defendant's motion for reconsideration (ECF No. 175).

5. Trial is scheduled to begin on February 25, 2018, and expected to last about four weeks.

**SO ORDERED.**

s/Ann M. Donnelly

Ann M. Donnelly
United States District Judge

Dated: Brooklyn, New York
December 11, 2018