

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

January 15, 2019

Robert J. Cleary
Member of the Firm
d +1.212.969.3340
f 212.969.2900
rjcleary@proskauer.com
www.proskauer.com

**By ECF**

The Honorable Ann M. Donnelly
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   *United States v. Dan Zhong*
>       Criminal Docket No. 16-614 (AMD)

Dear Judge Donnelly:

    We write to provide the Court with a further update concerning efforts to stipulate to the testimony of witnesses who are the subject of Mr. Zhong's pending motion for Rule 15 depositions.  In response to the government's request yesterday, we have provided our interview notes of proposed Rule 15 witness Kezi Wang (attached as Exhibit A).

    We will promptly update the Court with any further developments concerning the parties' discussions.

                                    Respectfully submitted,


                                    */s/ Robert J. Cleary*
                                    Robert J. Cleary

cc:   AUSA Alexander A. Solomon (by ECF)
      AUSA Ian C. Richardson (by ECF)
      AUSA Craig R. Heeren (by ECF)


Encl.

# EXHIBIT A

**Benavidez, Brittany N.**

| | |
|---|---|
| **From:** | Komaroff, William C. |
| **Sent:** | Tuesday, January 15, 2019 11:28 AM |
| **To:** | Heeren, Craig (USANYE); Solomon, Alexander (USANYE); Richardson, Ian (USANYE) 1 |
| **Cc:** | Cleary, Robert J.; Snell, Dietrich L.; Springer, Samantha; Benavidez, Brittany N. |
| **Subject:** | RE: U.S. v. Zhong (16-cr-614) |
| **Attachments:** | 20190115102710.PDF; 20190115102640.PDF |

Attached please find the notes of our interview of Kezi Wang.  We do not have a contract for Mr. Wang.  As we noted in our letter of January 11, if we are able to reach a stipulation with regard to Mr. Wang's testimony, we will promptly undertake the same exercise with respect to the other witnesses.  Please let us know as soon as possible if we can stipulate to Mr. Wang's testimony.

Regards,

**William C. Komaroff**
Partner

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3975
f  212.969.2900
wkomaroff@proskauer.com

**From:** Heeren, Craig (USANYE) <Craig.Heeren@usdoj.gov>
**Sent:** Monday, January 14, 2019 6:26 PM
**To:** Benavidez, Brittany N. <bBenavidez@proskauer.com>; Solomon, Alexander (USANYE)
<Alexander.Solomon@usdoj.gov>; Richardson, Ian (USANYE) 1 <Ian.Richardson@usdoj.gov>
**Cc:** Cleary, Robert J. <RJCleary@proskauer.com>; Snell, Dietrich L. <dsnell@proskauer.com>; Komaroff, William C.
<wkomaroff@proskauer.com>; Springer, Samantha <SSpringer@proskauer.com>
**Subject:** RE: U.S. v. Zhong (16-cr-614)

Counsel:

As we explained in court, we are unable to negotiate any stipulation until we know what the witnesses are likely to say.  Accordingly, please provide to us any witness statements, including any all notes taken during your interviews of the witnesses, as well as any evidence pertaining to these witnesses – most critically their labor contracts.  Once you provide those materials, we are willing to attempt to reach an appropriate resolution.

Regards,
Craig Heeren

_____

**Craig R. Heeren**
Assistant United States Attorney
National Security and Cybercrime Section
United States Attorney's Office, EDNY
271 Cadman Plaza East
Brooklyn, New York  11201

Phone:  (718) 254-6467
Email:  craig.heeren@usdoj.gov
SIPR:  craig.heeren@usdoj.sgov.gov
JWICS:  craig.heeren@doj.ic.gov

---

**From:** Benavidez, Brittany N. <bBenavidez@proskauer.com>
**Sent:** Friday, January 11, 2019 4:24 PM
**To:** Solomon, Alexander (USANYE) <ASolomon@usa.doj.gov>; Richardson, Ian (USANYE) 1 <IRichardson1@usa.doj.gov>;
Heeren, Craig (USANYE) <CHeeren@usa.doj.gov>
**Cc:** Cleary, Robert J. <RJCleary@proskauer.com>; Snell, Dietrich L. <dsnell@proskauer.com>; Komaroff, William C.
<wkomaroff@proskauer.com>; Springer, Samantha <SSpringer@proskauer.com>
**Subject:** U.S. v. Zhong (16-cr-614)

Counsel:

Please see attached.

**Brittany N. Benavidez**
Associate

**Proskauer**
Eleven Times Square
New York, NY 10036-8299
d 212.969.3188
f  212.969.2900
bbenavidez@proskauer.com

greenspaces
Please consider the environment before printing this email.

*********************************************************************************************
*********************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and
protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the
sender immediately.
*********************************************************************************************
*********************************************************************



3/20 - KUI WANG

**Redacted - Attorney Work Product**

<u>BACKGROUND</u>

- CURRENTLY EMPLOYED w/ LW
  - BEGIN IN 2007
  - DRIVER
  - LW HAS FLEET. DRIVES EVERYONE. DRIVES EMPLOYEES TO WORK SITE & FINANCE PPL TO BANK

- WORKED IN US
  - 1st = 5/2007 - 1/2009          ]   GOOD EXPERIENCE.
  - 2nd = 07/2010 - 5/2015         ]   EARNED MORE $$.

- OTHERWISE WORKED IN DANDONG

- BEFORE WENT TO US, SAW DZ 1-2 TIMES. SAID HELLO.
  - IN US, SAW HIM AT GROCERY STORE IN FLUSHING, NY. SAID HELLO

- KNOW LW.
  - IMMEDIATE BOSS. ASSIGNED KW JOBS
  - DZ NEVER ASSIGNED KW WORK

- NOT BEEN CONTACTED BY US. GOVT.
  - WILL NOT COME TO US IF GOVT ASKED
  - WILL NOT COME TO US IF WE ASKED

<u>STATE OF MIND</u>

- CAME US 2007/2010 TO EARN MORE MONEY *
  - PAY IN US ~3x MORE   (DANDONG: 2200/2600 RMB/MO  /  US: 9000 RMB/MO.)

<u>VISA APP</u>

- HOW TO GET PASSPORT
  - CO. ASSISTED. CC ASSISTED.

- ALSO NEEDED VISA.
  - CO. ASSISTED CC ASSISTED
  - COMPLETED FORM w/ CC. <sup>PAPER</sup>

- APPLIED FOR A2/G2. GOT A2.

- TOLD WOULD BE WORKING FOR PRC CHINESE FOREIGN MINISTRY
  - PASSPORT IS FAO PASSPORT
  - LEARNED WHAT TYPE OF VISA HE HAD AFTER WHEN GOT TO US. LEARNED FROM OFFICIALS IN CONSULATE.

- A2 ALLOWED HIM TO COME TO US.
  - A2 DIDN'T ALLOW HIM TO SHARE NATIONAL SECRETS

- 07/08 PLAYED NO ROLE RE: VISA APP. PROCESS

- WHEN RETURNED IN 2010, NEEDED NEW VISA
  - CC HELPED
  - GOT A2/G2

<u>EMPLOYMENT K</u>

- STARTED K AFTER RETURNING FROM FBI WORK (2006)
- BEFORE WORK FOR US, SIGNED K 1ST K = 8000 RMB/MO  | 1ST K = 8000 RMB/MO.

- WORKING CONDITION SAME ( US/PRC )

- SPOKE TO OTHER WORKERS. ALSO CAME TO MAKE MORE $$.

- GENERALLY, COMMON FOR MEN TO WORK ABROAD TO EARN MORE $$
  - CHINESE MOTIVATED TO EARN MORE $$ / FIND BETTER OPPORTUNITIES

## HIRING

- FOUND JOB IN 2007 THROUGH FRIENDS, TOLD HIM CR WANTED PPL IN US.
  - AT TIME, DANDONY PAY 1000 RMB/MO. US JOB WAS 5000 RMB/MO.
  - WAS ALREADY CR EE, AS DRIVER.

## ORIENTATION PROGRAM

- ATTENDED 1 MO. AFTER APPLIED

- CONDUCTED BY CR POLITICAL & SAFETY DEPT
  - 13-14 PPL ATTENDED W/ HIM. ALL 14 WENT TO US WHEN KW DID.

- ATTENDANCE MANDATORY. 1.5 HR CLASS.

- LEARNED ABOUT NATIONAL SECRETS KW WOULD BE EXPOSED TO.
  - TOLD NOT TO COMMUNICATE W/ ANYONE ( OTHER THAN WORKERS ) DUE TO NAT'L SECRETS
  - TOLD TO OBEY US/PRC LAW

- ATTENDED 2? MAIN BEFORE 2010 TOUR
  - SIMILAR PROGRAM.                          - NIN COMMON
  - TALKED ABOUT NAT'L SECURITY ( TOLD TO OBEY LAWS

- READ/UNDERSTAND 1st/2nd K

- STATEMENT AGREED TO TERMS VIA SIGNATURE.

- SIGNED VOLUNTARILY
    - WANTED TO SIGN

- 1st K = 3000 RMB/MO. (IN K)
    - BUT PAID ~5500 RMB/MO. (3000 RMB/MO TO FAMILY, TOOK SMALL ADVANCES)
    - NOT TOLD WHY PAID MORE, BUT KNEW WOULD PAY BE PAID MORE IF PROJECT PROFITED.
- 2nd K = 8000 RMB/MO (IN K)
    BUT PAID ~9300 RMB/MO. (3000-5000 RMB/MO. TO FAMILY)

- OTHER BENEFITS
    - CHINESE NEW YR. STIPEND (~$^{USD}$ 100-500); MEAL STIPEND ($^{USD}$ 120); RSM ($^{USD}$ 500)
    - FREE FOOD  - NO RENT - NOT SURE IF FAM RECV'D CONFIRMATION PKG. TRAVEL PAID FOR.

- BORROWED MONEY FROM CO.
    - 2013/2014 - 7000 RMB FOR IPHONE/IPAD/CAMERA
        - DEDUCTED FROM SALARY AT END

████████████████████████████
█ Redacted - Attorney Work Product █
████████████████████████████

- DIDN'T RETURN TO US DURING TOUR

- NO RESTRICTION RE: TRAVELING IN US            } LEISURE
    - CHICAGO [BUILDING W/ SEE THROUGH FLOOR]        - TOOK PIC W/ HORSES (THANKS IN NO)
    - LA [HOLLYWOOD, WALK FAME]                      - ATLANTIC CITY
    - DC [HAD PICTURE IN FRONT OF CAPITAL]

WENT FOR WORK BY DIA SUBMISSION

- LW TOOK THEM TO ATLANTIC CITY

- WENT TO WEST POINT

- LIKED TO WATCH MOVIES IN SPARE TIME


## SECURITY DEPOSIT

- POSTED SD.

NOT SURE IF K INCLUDED
ISBM RE: SD

    - 1ST - DIDN'T POST

    2ND - 150K RMB (HIS CASH)

        - CR SAID IF ESCAPED/BREACHED K, SD WOULD BE FORFEITED

        - PLACED IN BANK OF ACCOUNT BY CR

        - INTEREST BEARING ACCOUNT

        - PROVIDED RECEIPT. RECEIPT STATED SD WOULD BE RETURNED
          WHEN RETURNED. GAVE RECEIPT TO CR WHEN RETURNED
          & RECEIVED SD BACK.


- NEVER HEARD OF RETURNING WORKER HAVING DIFFICULTY TIME GETTING
  SD BACK
        - KW DIDN'T HAVE DIFFICULT TIME GETTING SD BACK.


- PASSPORT
- GAVE TO LW (1ST/2ND TOUR). DK WHERE PASSPORT KEPT. BELIEVES LW COLLECTED ALL WORKER PASSPORTS.
- TO PREVENT LOSS/STOLEN.


- PASSPORT RETURNED WHEN REQUESTED. LW RETURNED. NEVER HEARD OF ANY WORKER HAVING DIFFICULTY
  GETTING PASSPORT BACK.
- DK NOT INVOLVED RE: PASSPORT COLLECTION.

<u>WORKSITES</u>

- 1st : EMBASSY      ] KNEW WHERE HE WOULD BE WORKING BEFORE COMING TO US.
- 2nd : MISSION      ] WAS NOTIFIED BY SOME.

Redacted - Attorney Work Product

- LW BOSS ( 1st / 2nd ).

- OF NW BOSS. SAID HE NEVER SPOKE DE.

- DROVE WORKERS TO WORKSITE. WENT GROCERY SHOPPING. [redacted]

- JI YAN KEPT TIMESHEETS
    - KM KW SIGNED ATTENDANCE SHEET BEFORE RETURNING TO CHINA
    - PAID OT IF WORKED MORE THAN 8 HOURS
    - WORKED ~5 DAYS. NO WEEKENDS. 8 HR. DAYS.

- DK  VI : 304 FIFTH AVE , OB , FM

<u>HOUSING</u>
  1st : HOTEL ( 4 PP. / RM. )
  2nd : CONSULATE & 349 SUMMIT

> ALL HAD KEYS. ACCESS TO PHONE, INTERNET / EMAIL
    - HAD CELLPHONE

> CONSULATE : BETTER CONDITIONS
    - 2 PP. / RM ; MORE BATHROOMS
    - KEYS, PHONE , INTERNET / EMAIL

- SUMMIT (2010 - 2013)
  - SINGLE ROOM (KEPT ROOM THERE)
  - NEW
  - KEY | PHONE | INTERNET | EMAIL
    WHEN

- AWARE POLICE THERE IN FEB. 2013
  - LW CALLED & TOLD HIM TO DRIVE HIM TO SUMMIT
  - LW & KW STOPPED AT MISSION TO GET PASSPORTS
  - BROUGHT PASSPORTS TO SUMMIT
  - LW SAID PLEASE COME QUICKLY, COME PICK ME UP. POLICE ARE AT SUMMIT
    & WANT PASSPORTS.
    - LW WAS AT 210 PAVONIA WHEN PICKED UP.
  - WHEN ARRIVED, WERE WORKERS AGAINST WALL. KW STAYED IN CAR.
    DOESN'T KNOW WHAT LW DID AFTER GOT OUT OF CAR W/ PASSPORTS.
  - WHEN LW CAME OUT, LW SAID POLICE LOOKED AT PASSPORTS & WORKERS
    COULD GO. LW HAD PASSPORTS. DROVE LW TO MISSION & LEFT PASSPORTS.
    LW LEFT AT MISSION.
  - DL NAME DIDN'T COME UP.
- PICKED LW FROM   PAVONIA (2ND TIME)
  - LW HAD ROOM THERE
  - NO ONE LOCKED INSIDE
- ☒  - WAS ABLE TO GET IN/OUT OF PAVONIA FREELY

PIXXXX
[ PLUG = WW    - BLACK = EBONY ] — TSXXX
[ SUMMIT = SUN   - PASSPORT AT 210 PAVONIA    Separate WP
                                               trip.

Redacted - Attorney Work Product

8/20/18    Wang Renji

CR - 2007

Owner - CR has a fleet
- drives people - eg workers to
job site
Financial [illegible]
7 [illegible]

US    5/07 - 1/09
7/10 - 5/15

Only issue was legal
turnover

Good experience - made $

Rest of Time - Danding[?]

Before gay ≥ US - adw - OZ in 2 ≥ [illegible]
[illegible] in US - Flushing = [illegible]

LW - his immvret boss
    - all jobs realized by LW
       - no OZ

R15    wld not come to US for either
      side - he' scared
        of Jav

Stof Nand
     earn more $ for his
     family
       - at least 3X

Dandy    2,000 - 2 200/mo
US    > 9,000

Work cond' are same

Other workers - said they were
       to make more $

- very common for Chinese
men + ~~maybe~~ work abroad

- strong sense of pushy move $
+ support family

— more $ abroad

<u>Job in the US</u>

Friends of his told him
could [illegible] in US of CR

2007 - < 1,000 in laundry
5,000 in US

⇒ job in US

Worked of CR in China
briefly & then switched
to US

Orient'n Prgm

1 month after applied ⇒ orient'n prgm
— conducted by Political
Dept & Security Dept
of CR

— @ 13-14 ers attended
— all went to Ur Smth

Mass doctrine
⇒ Nat'l secrets
⇒ do not communicate
w/ anyone othr
that othr workers

Also → Obey laws of both
countries

Prgm lasted — 1½ hours

Went the 2d time as well
— similar mssge

- Nat'l Sec't
- other laws

Passport - someone @ co. helped
he get it - Chen Chang
- Public office no Passport

Visa    Chang Chen also help h get
Visa

- filled out applic'n
w/ Chang U - on file

Got A2 or G2

Told he would be work'g for
the Chinese For. Ministry

Learned he had A2/G2
after he arrived in US
- learned this

for the official in the
Mission + Consulate

A2/G2 ⇒ come w/ US
feel'g

⇒ t. keep Nat'l
Secret

OK @ allowed
prostitute

LW-DZ-morale

2d tour - anything visa
- helped Chen Chen
- A2, G2

Employ K - written

1 yr probation period + then signed
employ K
→ after came back
to China in 2009
- that is the China
one

The US signed this one
before going to US
5,000 RMB
1st one 3,000
2nd one 8,000

- read, understand + agreed
to for both Ks

No pressure - voluntarily
- he wanted 2 even
then

1st K 3,000 ⇒ fut
— the amt sent
family my month

— advanced salary

— so it'll after
retn to China
⇒ 5,500

2d K — 8,000 dw/fat
9,300 total

Keen than 1 supports
profit ab ⇒ mos

— 3,000-5,000 sent
to family/m

— some to hm

— rest in China upn
month

Plus Chines New year, etc. stuff @ $100
$300
$500

Borrowed $ f the co.

→ 2013 - 2014 - Black Someboxy

— really                    — Sell + Camp
an advance                  & get IPhone,
on his                      Camera & I-Pad
salary

Restrictn on travel + who
cld do — none at all

— visited alot of place
                                — tattest older — chinese
canculat work — [ chirage — L is black
& sightseeing        L.A. — hollywood, Oceans of the
                                                            Seas
sightseeing — W House — Pix

horsback riding — probably in
NJ

Weekend trip — AC — gray outer
                    L.W. took them there then
West Point

Redacted - Attorney Work Product

- lots of photos on a I-phone
he to

Free time - download Chinese apps
or video

Sec Deposit     1st time - none

2d time - 150,000 RMB

Redacted - Attorney Work Product

Co said → if he defected or errors
  until ⇒ forfeited

Cash - in bank accnt

- gave $ to co
    security
    deposit

⇒ receipt f cd.

Co said he'd get base amt of I

No problem seth & Josh

Never heard of again no

seth the client

Summer? PASSPORT

- collected by LW

- when he wants to travel

he'll get passport h/ LW

- prevent lose or stolen

ppppp

→ both true          no problem

- all the workers

OZ had nothing to do w/ this

~ never heard again have

problem seth ppppp

tech JT LW

Watt

1st time   Embassy, Drafted

2d time — Perm Mission

↳ Knew this before
he came to U.S.

— The co. told him that

LW was boss both time
Not DZ

LW told him photos drive cars.
don't boss — back + forth
to job sites
— deliver the meals
middle 7 men — gurney shoppes

↳ no interaction
w/ DZ deal

Timesheets - Ji Yan kept them

- he did not get them until
ready to go back to
China ? sig

Plus - he kept track of time
? related to how
much he would be
pd

More hours ? more $

If > 8hours - OT

5 day/week - ? on wk
- usually 8 hours

Redacted - Attorney Work Product

OK@ 5th Ave
Old Bushmill
Fresh M

Damon

2d trip < Consulate - when deliver meals; meet at the hotel
349 Summit - re: his job
to drive workers
& job site

1st trip - Minarcik rented hotel
- 4 people shared a
room, card
- all had keys
Landline = local calls
cell phone

- had intend access
W

Consulate
Better than hotel w/ JC
e/ room had sep bedr.
2 bedroom
Card keys, cours of JC
Cell, internet & email
+ TV w/ Chinese

349 Aririot
Own single room
- all new
- Key of bldg & room
- Cell, internet, email
× a back up acctn't/h
"wire"

Police visit 349 Sumit [2/28/13]

— LW called in at consent

+ asked h to drive h there (±349)

— they get the papers — LW picked them up at his Mssn

When LW called → come quickly
— officials were the id

LW was at — 310 Pavonia

At 349 Sumit — a lot of works
w/ hands up
against the
wall

he — staged + called cops

LW — went into the house

w/ the passport
- LW came out & said
police has matched
each works to the
passports & one
car so

Any this even,
LW never mentioned
OZ; OZ did
not come up at
all

Drove LW to Mission
↳ LW dropped
off passports
there

Left LW at the
Mission & drove
back to couldn't

2/0 Pavone - picked up LW there
several times
- 3 for blks

-LW has a *southbal*

Visited 210 favonic *jns 12d*
tour

Workers Not locked in side
- he entered & exited

He wld call LW

Defector - never heard of this
- if th, whe - see def
*Approved*

P/X - Wu

Sun } wear Pant - he did not go
Zhang there
Bracelet of 210 favonic - was wearing
Pant

Redacted - Attorney Work Product

Food subsidy   $150 $120/mo

Rent subsidy   $560-570/mo.

Free food + free rent + other
subsidies

OR the confid fee
— think it was
included in his
final salary

OR if sec dep purchase
was in his 1st K

Co. paid his travel