

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/CRH
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 11, 2019

<u>By Email and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

          Re:    United States v. Dan Zhong
                 <u>Criminal Docket No. 16-614 (AMD)</u>

Dear Counsel:

        Enclosed please find the following:

- Translation of original document previously produced under bates numbers DZ055882-DZ055883. (TR004075-76).

- Translation of original document previously produced under bates numbers DZ069540-41. (TR004077-78).

- Translation of certain computer files originally produced under bates number DZ069642. For your convenience, we have included both the original produced file and the translation PDF. (TR004088).

- Translation of documents previously produced under bates numbers DZ067275-81. (TR004079-87).

- Photographs of passports and visas of certain Rilin employees taken in 2011, whose information is reflected in police reports previously produced under bates numbers DZ066871-76. (DZ069931-DZ069946).

       The government renews its request for reciprocal discovery from the defendant.

                                                Very truly yours,

                                                RICHARD P. DONOGHUE
                                                United States Attorney

                                  By:   /s/ Ian C. Richardson
                                                Alexander A. Solomon
                                                Ian C. Richardson
                                                Craig R. Heeren
                                                Assistant U.S. Attorneys
                                                (718) 254-7000

Enclosures   (TR004075-88).
                (DZ069931-DZ069946)

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)