

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 14, 2019

<u>By Email and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
William C. Komaroff, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

       Re:    United States v. Dan Zhong
                 <u>Criminal Docket No. 16-614 (AMD)</u>

Dear Counsel:

       Pursuant to Title 18, United States Code, Section 3500, the government hereby furnishes the enclosed material with respect to the upcoming trial in the above-referenced case, which was previously produced in an unredacted format for "Attorney's Eyes Only." Please note that these materials are stamped "REDACTED VICTIM MATERIALS" pursuant to the pertinent protective order in this case. If you have any questions or concerns, please feel free to contact us.

                 Very truly yours,

                 RICHARD P. DONOGHUE
                 United States Attorney

       By:    /s/ Craig R. Heeren
               Alexander A. Solomon
               Ian C. Richardson
               Craig R. Heeren
               Assistant U.S. Attorneys
               (718) 254-7000

cc:    Clerk of the Court (AMD) (by ECF)