

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 21, 2019

By Email and ECF

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
William C. Komaroff, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

      Re:    United States v. Dan Zhong
               Criminal Docket No. 16-614 (AMD)

Dear Counsel:

      Enclosed please find a document, bates-stamped DZ070033-DZ070035, which was inadvertently omitted from a prior production. This document reflects Chinese-language electronic messages between two third parties. The translation of this document was previously produced to you on January 24, 2019 with bates number TR4071-74.

      Additionally, in a discovery letter dated January 24, 2019, the government identified certain documents, bates-stamped DZ069390-DZ069498 as photographs of "210 Pavonia Avenue and 354 Wayne Street in Jersey City, New Jersey." Please be advised that it is the government's understanding that these documents only reflect photographs of 354 Wayne Street, Jersey City, New Jersey.

The government renews its request for reciprocal discovery from the defendant.

                                Very truly yours,

                                RICHARD P. DONOGHUE
                                United States Attorney

By:   /s/ Craig R. Heeren
       Alexander A. Solomon
       Ian C. Richardson
       Craig R. Heeren
       Assistant U.S. Attorneys
       (718) 254-7000

Enclosures    (DZ070033-DZ070035)

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)