

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| AAS | *271 Cadman Plaza East* |
| F. #2015R01787 | *Brooklyn, New York 11201* |

February 25, 2019

<u>By Email and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
William C. Komaroff, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

   Re: United States v. Dan Zhong
     <u>Criminal Docket No. 16-614 (AMD)</u>

Dear Counsel:

  Enclosed please find materials under Rule 1006 of the Federal Rules of Evidence relevant to the possible trial testimony of FBI Forensic Accountant Bibi Hoosein, bates-stamped DZ070036-DZ070057.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

     By:  <u>/s/ Alexander A. Solomon</u>
         Alexander A. Solomon
         Ian C. Richardson
         Craig R. Heeren
         Assistant U.S. Attorneys
         (718) 254-7000

Enclosures (DZ070036-DZ070057)

cc: Clerk of the Court (AMD) (by ECF) (without enclosures)