RMT:AAS/ICR/CRH
F.#2015R01787

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -                          No. 16-CR-614 (AMD)

DAN ZHONG,                             <u>VERDICT SHEET</u>

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X
ANN M. DONNELLY, UNITED STATES DISTRICT JUDGE:


<u>COUNT ONE: FORCED LABOR CONSPIRACY</u>

     How do you find the defendant Dan Zhong?


      Guilty  _____                Not Guilty  _____


If you <u>unanimously</u> find the defendant guilty as to Count One, you must answer the following:


     Which of the following do you <u>unanimously</u> find to be the object of the conspiracy in Count One?

    (a)    Provide or obtain the labor or services of one or more persons by one or more prohibited means  _____

    (b)    Benefit from participation in a venture engaged in providing or obtaining the labor or services of one or more persons by one or more prohibited means  _____

    (c)    Both  _____

1

<u>COUNT TWO: FORCED LABOR</u>

How do you find the defendant Dan Zhong?

Guilty _____        Not Guilty _____

If you <u>unanimously</u> find the defendant guilty as to Count Two, you must answer the following:

Which of the following do you <u>unanimously</u> find to be the bases for guilt in Count Two?

(a)   Provided or obtained the labor or services of one or more persons by one or more prohibited means  _____

(b)   Benefitted from participation in a venture engaged in providing or obtaining the labor or services of one or more persons by one or more prohibited means  _____

(c)   Both _____

<u>COUNT THREE: DOCUMENT SERVITUDE</u>

How do you find the defendant Dan Zhong?

Guilty _____        Not Guilty _____

2

COUNT FOUR: CONSPIRACY TO COMMIT ALIEN SMUGGLING

How do you find the defendant Dan Zhong?

Guilty _____                    Not Guilty _____

If you unanimously find the defendant guilty as to Count Four, you must answer the following:

Did the defendant act for the purpose of commercial advantage or private financial gain?

Yes _____                    No _____

COUNT FIVE: CONSPIRACY TO COMMIT VISA FRAUD

How do you find the defendant Dan Zhong?

Guilty _____                    Not Guilty _____

Dated:  Brooklyn, New York
        _____, 2019

        _____
                FOREPERSON

3