

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2015R01787

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 28, 2019

<u>By Email and ECF</u>

Robert J. Cleary, Esq.
Dietrich L. Snell, Esq.
William C. Komaroff, Esq.
Brittany N. Benavidez, Esq.
Samantha Springer, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

   Re: United States v. Dan Zhong
     <u>Criminal Docket No. 16-614 (AMD)</u>

Dear Counsel:

  Enclosed please find materials under Rule 1006 of the Federal Rules of Evidence relevant to the possible trial testimony of Special Agent Matthew Maguire, bates-stamped DZ070058-DZ070084 (Chart 1) and DZ070085-DZ070117 (Chart 2).

         Very truly yours,

         RICHARD P. DONOGHUE
         United States Attorney

     By: /s/ Craig R. Heeren
        Alexander A. Solomon
        Ian C. Richardson
        Craig R. Heeren
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures (DZ070058- DZ070117)

cc: Clerk of the Court (AMD) (by ECF) (without enclosures)