UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DAN ZHONG,

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Docket No. 16-CR-614 (AMD)
<u>SPECIAL FORFEITURE
VERDICT SHEET</u>

## <u>SPECIAL VERDICT SHEET FOR FORFEITURE ALLEGATIONS</u>

1. Did the government prove, by a preponderance of the evidence, that the following properties were involved in, used, or intended to be used to commit or to facilitate the commission of the below offenses for which the jury has convicted Dan Zhong?

    a. The real property and premises located at 54 Glendale Avenue, Livingston, New Jersey 07039;

<u>Count One: Forced Labor Conspiracy</u>

YES ___✓___      NO _____

<u>Count Two: Forced Labor</u>

YES ___✓___      NO _____

<u>Count Three: Concealing Passports and Immigration Documents in Connection With Forced Labor</u>

YES ___✓___      NO _____

<u>Count Four: Conspiracy To Commit Alien Smuggling</u>

YES ___✓___      NO _____

<u>Count Five: Conspiracy To Commit Visa Fraud</u>

YES ___✓___      NO _____

COURT'S EXHIBIT NO. 6
IDENTIFICATION/EVIDENCE
DKT.# _____
DATE: _____

b.  The real property and premises located at 210 Pavonia Avenue, Jersey City, New Jersey 07302;

Count One: Forced Labor Conspiracy

YES ____✓____      NO _____

Count Two: Forced Labor

YES ____✓____      NO _____

Count Three: Concealing Passports and Immigration Documents in Connection With Forced Labor

YES ____✓____      NO _____

Count Four: Conspiracy To Commit Alien Smuggling

YES ____✓____      NO _____

Count Five: Conspiracy To Commit Visa Fraud

YES ____✓____      NO _____

c.  The real property and premises located at 304 Fifth Avenue, New York, New York 10001;

Count One: Forced Labor Conspiracy

YES ____✓____      NO _____

Count Two: Forced Labor

YES ____✓____      NO _____

Count Three: Concealing Passports and Immigration Documents in Connection With Forced Labor

YES ____✓____      NO _____

<u>Count Four: Conspiracy To Commit Alien Smuggling</u>

YES ✓     NO _____

<u>Count Five: Conspiracy To Commit Visa Fraud</u>

YES ✓     NO _____

d.    The real property and premises located at 5707 Parsons Boulevard, Fresh Meadows, New York 11365;

<u>Count One: Forced Labor Conspiracy</u>

YES ✓     NO _____

<u>Count Two: Forced Labor</u>

YES ✓     NO _____

<u>Count Three: Concealing Passports and Immigration Documents in Connection With Forced Labor</u>

YES ✓     NO _____

<u>Count Four: Conspiracy To Commit Alien Smuggling</u>

YES ✓     NO _____

<u>Count Five: Conspiracy To Commit Visa Fraud</u>

YES ✓     NO _____

e.    The real property and premises located at 147-37 Beech Avenue, Apartment 2C, Flushing, New York 11355; and

<u>Count One: Forced Labor Conspiracy</u>

YES ✓     NO _____

<u>Count Two: Forced Labor</u>

YES ____✓____    NO _____

<u>Count Three: Concealing Passports and Immigration Documents in Connection With Forced Labor</u>

YES ____✓____    NO _____

<u>Count Four: Conspiracy To Commit Alien Smuggling</u>

YES ____✓____    NO _____

<u>Count Five: Conspiracy To Commit Visa Fraud</u>

YES ____✓____    NO _____

f.  The real property and premises located at 4 Valentine Farm Court, Old Brookville, New York 11545.

<u>Count One: Forced Labor Conspiracy</u>

YES ____✓____    NO _____

<u>Count Two: Forced Labor</u>

YES ____✓____    NO _____

<u>Count Three: Concealing Passports and Immigration Documents in Connection With Forced Labor</u>

YES ____✓____    NO _____

<u>Count Four: Conspiracy To Commit Alien Smuggling</u>

YES ____✓____    NO _____

<u>Count Five: Conspiracy To Commit Visa Fraud</u>

YES ____✓____    NO _____

Please have your foreperson sign and date this form, and return it to the courtroom.

Dated: Brooklyn, New York
       3/25      , 2019

                                               _____
                                                      FOREPERSON