UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    - against -

DAN ZHONG,

                      Defendant.
-------------------------------------------------------x

THE DEVELOPMENT GROUP OF
NYP, LLC,

                Third-Party Claimant.

-------------------------------------------------------x

16-CR-614 (AMD)

NOTICE OF APPEARANCE

       To:    The Clerk of Court and all parties of Record

       1.    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Third-Party Claimant The Development Group of NYP, LLC.

Dated:  New York, New York
           December 20, 2019

                                        Respectfully submitted,

                                        FLEMING RUVOLDT PLLC

                          By:    *Cathy Fleming*
                                        800 Third Avenue, 28th Floor
                                        New York, N.Y. 10022
                                        212.600.9537
                                        cfleming@flemingruvoldt.com
                                        *Attorneys for Petitioner and Third-Party*
                                        *Claimant Development Group of NYP, LLC*