UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    - against -

DAN ZHONG,

                   Defendant.
-------------------------------------------------------x

THE DEVELOPMENT GROUP OF
NYP, LLC,

              Third-Party Claimant.

-------------------------------------------------------x

16-CR-614 (AMD)

NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of Record

1.    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Third-Party Claimant The Development Group of NYP, LLC.

Dated:  New York, New York
          January 3, 2020

Respectfully submitted,

FLEMING RUVOLDT PLLC

By:   *s/Harold J. Ruvoldt*

800 Third Avenue, 28th Floor
New York, N.Y. 10022
212.600.9537
hruvoldt@flemingruvoldt.com
*Attorneys for Petitioner and Third-Party Claimant Development Group of NYP, LLC*

1