# The Law Firm
# Fleming . Ruvoldt PLLC

15 Engle Street
Suite 100
Englewood, NJ 07631
(201) 518-7878

800 Third Avenue, 28th floor
New York, NY 10022
(212) 600-9537
Fax: (973) 860-1874

**Harold J. Ruvoldt**
hruvoldt@flemingruvoldt.com
**(201) 518-7866 (direct)**

January 15, 2020

<u>Via ECF</u>
The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Dan Zhong
      Criminal Docket No. 16-614 (AMD)
      <u>(Development Group of NYP, LLC)</u>

Dear Judge Donnelly:

  We represent Development Group of NYP, LLC. On December 23, 2019, Your Honor entered a Scheduling Order (by docket entry) for our Petition with regard to the forfeiture of 304 Fifth Avenue. Pursuant to that Order, on Friday, January 10, 2020, the U.S. Government filed a response to our Petition. Your Order provides us seven days (to January 17, 20120) to respond.

  It is our intention to file a response, however, lead counsel Cathy Fleming had an unfortunate death in her family yesterday. As a result, we had a conversation with AUSA Brian Morris in which he consented to an extension until Friday, January 24, 2020, for us to file a response.

  We respectfully request that the Court grant us until Friday, January 24, 2020, to file a response to the Government's filing.

          Respectfully submitted,

          <u>*/s/Harold J. Ruvoldt*</u>
          Harold J. Ruvoldt

cc: AUSA Brian D. Morris