

**HILL RIVKINS LLP**
45 Broadway, Suite 1500, New York, NY 10006-3793
Tel: 212 669-0600    Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

JUSTIN M. HEILIG
Direct: (212) 669-0644
jheilig@hillrivkins.com

January 17, 2020

**Via CM/ECF System**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **Petitioner Fang's Response to Government's Letter (Dkt. #274)**
*United States v. Dan Zhong*, 16-CR-614 (AMD)
Our Ref: 34768

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Judge Donnelly:

We represent Petitioner Xiaohong Fang, who previously appeared *pro se* in the above-referenced matter.

Pursuant to Your Honor's December 19, 2019 Scheduling Order, we write in response to the Government's January 10, 2020 letter (Dkt. #274), which requests that the petitions of Ms. Fang and Development Group of NYP, LLC for criminal forfeiture ancillary hearings (Dkts. #268 & #270, respectively) be held in abeyance while the Government "takes steps to issue direct notices and commence publication in accordance with the statutory scheme." *See* 21 U.S.C. § 853(n) & Fed. R. Crim. P. 32.2(c).  The Government further proposes that it submit a status report within ninety (90) days to advise "whether it has completed the steps necessary to commence the ancillary proceeding by providing notice to all potential third-party claimants."

As indicated in the Government's letter, Ms. Fang consents to holding her petition in abeyance for at least ninety days, without prejudice, to allow the Government to perform its due diligence and undertake its statutory obligations.

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

Hon. Ann M. Donnelly
USDC - EDNY
January 17, 2020
<u>Page Two</u>

      We thank the Court for its attention to the foregoing and stand ready to answer any questions that Your Honor may have with respect to Ms. Fang's petition.

                                                Respectfully submitted,
                                                HILL RIVKINS LLP

                                                Justin M. Heilig

Cc:     All counsel of record (via ECF)

