# The Law Firm
# Fleming . Ruvoldt PLLC

15 Engle Street
Suite 100
Englewood, NJ 07631
(201) 518-7878

800 Third Avenue, 28th floor
New York, NY 10022
(212) 600-9537
Fax: (973) 860-1874

**Cathy Fleming**
cfleming@flemingruvoldt.com
(201) 518-7907 (direct)

January 24, 2020

<u>Via ECF</u>
The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Dan Zhong
                Criminal Docket No. 16-614 (AMD)
                <u>(Forfeiture - Development Group of NYP, LLC)</u>

Dear Judge Donnelly:

      First, please allow me to express my appreciation to the Court and the Government for the one-week adjournment to reply due to the death of my father-in-law.

      It is our understanding that other counsel will be filing a substitution of counsel and replacing us in this matter. As a result of new counsel coming in, we cannot take a position on behalf of the client to the Government's January 10, 2020 letter.

                                              Respectfully submitted,

                                              <u>/s/*Cathy Fleming*</u>
                                              Cathy Fleming

cc:    AUSA Brian D. Morris
        DGNYP