UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>ORDER OF JUDICIAL REMOVAL</u> |
| - against - | Criminal Docket No. 16 CR 614 (AMD) |
| DAN ZHONG | |
| Defendant. | |

- - - - - - - - - - - - - - - - - -X

Upon the application of the United States of America, by CRAIG HEEREN, Assistant United States Attorney, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of DAN ZHONG (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native and citizen of the People's Republic of China

3. The defendant's status was adjusted to that of a lawful permanent resident on January 8, 2013.

4. The defendant was last admitted to the United States on January 28, 2016 at Newark, New Jersey as a lawful permanent resident.

5. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, of the following offenses: Conspiracy to Commit Forced Labor in violation of 18 U.S.C. § 1589(d).

5. A total maximum sentence of 20 years' imprisonment may be imposed for the above-mentioned offense.

6. The defendant is subject to removal from the United States pursuant to Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1227(a)(2)(A)(iii), in that after admission defendant was convicted of an aggravated felony, as defined in Section 101(a)(43)(U) of the INA, as amended, 8 U.S.C 1101(a)(43)(U), for a conspiracy to commit an aggravated felony as defined in section 101(a)(43)(K)(iii) of the INA, as amended, 8 U.S.C. 1101(a)(43)(K)(iii) namely an attempt or conspiracy to commit an offense described in any of sections 1581-1585 or 1588-1591 of title 18 United States Code (relating to peonage, slavery, involuntary servitude, and trafficking in persons).

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated the People's Republic of China as the country for removal pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to the People's Republic of China.

Dated: Brooklyn, New York
       2/14    2023

                                        s/Ann M. Donnelly
                                        ----------------------------------
                                        HONORABLE ANN M. DONNELLY
                                        UNITED STATES DISTRICT JUDGE