UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against –

DAN ZHONG

                Defendant.

- - - - - - - - - - - - - - - - - -X

NOTICE OF INTENT TO
REQUEST JUDICIAL REMOVAL

Criminal Docket No. 16 CR 614 (AMD)

      NOTICE IS HEREBY GIVEN TO DAN ZHONG ("the defendant") and to his attorney of record herein, Alexandra Shapiro, Esq., that upon conviction of the defendant for the offenses of Conspiracy to Commit Forced Labor, in violation of 18 U.S.C. § 1589(d), the United States of America shall request that the Court issue a Judicial Order of Removal against the defendant pursuant to Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

Dated:
Brooklyn, New York
~~1/4/2023~~
2/14/23
(CH)

BREON PEACE
United States Attorney
Eastern District of New York

By: _____
Craig Heeren
Assistant United States Attorney